UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Heather Sigford,

    Plaintiff,

v.                                                                         Civil No. 13-2225 (JNE/JJK)
                                                                         ORDER

U.S. Bank, N.A.,

    Defendant.

In a Report and Recommendation dated January 7, 2014, the Honorable Jeffrey J. Keyes, United States Magistrate Judge, recommended that U.S. Bank, N.A.'s Motion for Summary Judgment be granted and that the case be dismissed with prejudice. No objection to the Report and Recommendation has been filed. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 21]. Therefore, IT IS ORDERED THAT:

    1.    U.S. Bank's Motion for Summary Judgment [Docket No. 7] is GRANTED.

    2.    This case is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 4, 2014

                                                                         s/Joan N. Ericksen
                                                                         JOAN N. ERICKSEN
                                                                          United States District Judge